tiff's *motion to set aside the service*, with ten dollars costs. As thus modified, the order is affirmed, without costs of this appeal to either party. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.

THOMAS O'CONNOR, Respondent, v. JOHN O'CONNOR, Appellant.—Judgment and order unanimously affirmed, with costs. The issue presented as to the existence of the contract alleged was entirely one of fact. There was corroboration of plaintiff's story by outside witnesses. We cannot say upon the record presented that the verdict was against the evidence. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUMBERT & ANDREWS, INC., Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY PLOTZKY, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRONX PARKWAY COMMISSION, Respondent, v. THE COMMON COUNCIL and THE BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF YONKERS and the COUNTY OF WESTCHESTER, Appellants.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Young at Special Term (*Matter of Bronx Parkway Commission* v. *Common Council*, 106 Misc. Rep. 579). Jenks, P. J., Putnam, Blackmar and Jaycox, JJ., concur; Kelly J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. HOGAN, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN O. KEHR, Relator, v. ARTHUR WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, without costs. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAURELTON DEVELOPMENT COMPANY, INC., Respondent, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order reversed and writ dismissed, with ten dollars costs and disbursements, on the ground that the commissioners were without power to waive the provision of section 37 of the Tax Law * requiring an application for reduction of assessments to be made under oath. Rich, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

ROBERT RICHARDSON, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant, and G. B. SEELEY'S SON, INC., Defendant.— Judgment reversed and new trial granted, with costs to appellant to abide the event, upon authority of *Richardson* v. *Nassau Electric R. R. Co.* (*ante*, p. 529), decided herewith. Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

---

* Amd. by Laws of 1916, chap. 323.— [REP.